Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **06−46234−pjs**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Quincy Morris
   33111 John Hauk
   Garden City, MI 48135

Social Security No.:
   xxx−xx−0528

Employer's Tax I.D. No.:

**NOTICE OF DISMISSAL**

NOTICE IS HEREBY GIVEN that on **7/18/06** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 7/18/06

                                                   BY THE COURT

                                                   Katherine B. Gullo , Clerk of Court
                                                 UNITED STATES BANKRUPTCY COURT